**GUTRIDE SAFIER LLP**
ADAM J. GUTRIDE (State Bar No. 181446)
SETH A. SAFIER (State Bar No. 197427)
TODD KENNEDY (State Bar No. 250267)
100 Pine Street, Suite 1250
San Francisco, California 94111
Telephone: (415) 336-6545
Facsimile:  (415) 449-6469

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LOUIS HICKS, an individual, on behalf of himself, the general public, and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HP, INC.,<br><br>Defendant. | CASE NO. 5:19-cv-02050-WHA<br><br>**DECLARATION OF SETH A. SAFIER ISO PLAINTIFF'S ADMINISTRATIVE MOTION TO SEAL**<br><br>Date: June 13, 2019<br>Time: 8:00 am<br>Courtroom: 12 - 19th Floor<br>Judge:  Hon. William H. Alsup |

I, Seth A. Safier, declare as follows:

1. I am a member of this Court and attorney of record for Plaintiff Louis Hicks in this action. I make this declaration of my own personal knowledge and could testify competently to the facts stated herein.

2. The documents that are the subject of this motion are:

Plaintiff's Motion to Remand; and

Declaration of Seth Safer, including supporting exhibits;

These documents contain information designated as confidential by Plaintiff under the protective order and Rule 408.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this document was executed on May 8, 2019.

*[signature]*

_____

Seth A. Safier, Esq.

# PROOF OF SERVICE

I, Seth A. Safier, declare:

My business address is 100 Pine Street, Suite 1250, San Francisco, California. I am employed in the County of San Francisco, where this mailing occurs. I am over the age of 18 years and not a party to the within cause.

On May 8, 2019, I served the following documents:

**ADMINISTRATIVE MOTION TO SEAL;**

**[SEALED] PLAINTIFF'S MOTION TO REMAND ACTION TO STATE COURT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF;**

**[SEALED] DECLARATION OF SETH A. SAFIER IN SUPPORT OF MOTION TO REMAND ACTION TO STATE COURT;**

**[REDACTED] PLAINTIFF'S MOTION TO REMAND ACTION TO STATE COURT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF;**

**[REDACTED] DECLARATION OF SETH A. SAFIER IN SUPPORT OF MOTION TO REMAND ACTION TO STATE COURT; AND**

**DECLARATION OF JEANNE GOBALET, PHD IN SUPPORT OF MOTION TO REMAND ACTION TO STATE COURT**

on the following person(s) in this action by placing a true copy thereof as follows:

Hunter Eley
Doll Amir Eley
1888 Century Park East, Suite 1850
Los Angeles, CA 90067
heley@dollamir.com

[x]   BY ELECTRONIC MAIL. I caused said documents to be transmitted by electronic mail to the email address indicated after the address(es) via ECF.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this document was executed on May 8, 2019, at San Francisco, California.

/S/ SETH A. SAFIER/S/

Seth A. Safier, Esq.