**DOLL AMIR & ELEY LLP**
GREGORY L. DOLL (SBN 193205)
gdoll@dollamir.com
HUNTER R. ELEY (SBN 224321)
heley@dollamir.com
CONNIE Y. TCHENG (SBN 228171)
ctcheng@dollamir.com
LLOYD VU (SBN 248717)
lvu@dollamir.com
725 South Figueroa Street, Suite 3275
Los Angeles, California 90017
Tel:  213.542.3380
Fax: 213.542.3381

Attorneys for Defendant,
HP INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS HICKS, an individual, on behalf of himself, the general public, and those similarly situated,<br><br>              Plaintiff,<br><br>v.<br><br>HP INC.,<br><br>              Defendant. | Case No. 3:19-cv-02050-WHA<br><br>*Assigned to Judge William Alsup*<br><br>**DECLARATION OF WENDELL COX IN SUPPORT OF DEFENDANT HP INC.'S OPPOSITION TO PLAINTIFF'S MOTION TO REMAND ACTION TO STATE COURT**<br><br>[*Opposition to Plaintiff's Motion to Remand Action to State Court; Declarations of Hunter R. Eley, Chris Bostrom and Girish Nair filed concurrently herewith*]<br><br>Date:     June 20, 2019<br>Time:    8:00 a.m.<br>Place:    Courtroom 12, 19th Floor<br>            450 Golden Gate Avenue<br>            San Francisco, CA 94102<br><br>Complaint Filed:   10/11/2017<br>Trial Date:      TBA |

DOLL AMIR & ELEY LLP

---

DECLARATION OF WENDELL COX IN SUPPORT OF DEFENDANT HP INC.'S OPPOSITION TO PLAINTIFF'S MOTION TO REMAND ACTION TO STATE COURT

## DECLARATION OF WENDELL COX

I, Wendell Cox, declare as follows:

  1.  I am a public policy consultant specializing in demographics, urban policy and transportation and principal of Wendell Cox Consultancy (doing business as Demographia), an international public policy consulting firm.

  2.  I have been asked by counsel for Defendant HP Inc. in the above-captioned case to review and respond to the opinions offered by Jeanne Gobalet, PhD in her May 8, 2019 declaration.

  3.  I have been engaged as an independent consultant to governments, trade associations, public policy organizations, university research organizations and private companies, and in that capacity have been working with, analyzing and relying upon demographic research for the past 25 years.  Nearly all of my professional engagements during that time have required me to access and analyze demographic data.  Some of my more recent engagements include demographic research for the Center for Opportunity Urbanism, the Chapman University Center for Demographics and Policy, the Reason Foundation, the Washington Policy Center and the Frontier Center for Public Policy.   I routinely publish commentary articles for organizations, such as newgeography.com, newspapers and other outlets such as the Huffington Post, author and co-author demographic surveys and author "Demographia World Urban Areas."  My current Curriculum Vitae is attached hereto as Exhibit A, which sets forth my professional experience, including numerous publications I have authored over the past 10 years.

  4.  In the past four years, I have provided testimony in the following matter: *Lord Abbett Municipal Income Fund, Inc. v. Citigroup Global Markets, Inc.*, Case No. 2:11-cv-05550, United States District Court, District of New Jersey.

  5.  I am being compensated at the rate of $250 per hour for my work.  My compensation is not contingent on the outcome of the case or any portion thereof.

  6.  My opinions are based on the documents referenced in this declaration,

DOLL AMIR & ELEY LLP

1

my education, background, training and professional experience.

7.      I have reviewed Dr. Gobalet's stated conclusion that it is not plausible "that one-third or more of persons who, between October of 2013 and the present, purchased the HP laptop computers at issue in this case while they were California residents, have moved out of the State of California permanently and are no longer California residents."

8.      Dr. Gobalet states that she bases her opinion on the American Community Survey ("ACS").  In my professional capacity as a demographic consultant, I am very familiar with the ACS.  In my day-to-day work, I rely on the ACS data and other sources, such as the Bureau of Economic Analysis, the Bureau of Labor Statistics, other data for the Census Bureau, as well as additional state, local and international statistical sources. Of particular importance for my analysis in this case is the underlying questionnaire used to gather the sample data that is summarized in the ACS.  A true and correct copy of a printout of ACS questionnaire from 2017 is attached hereto as Exhibit B.

9.      It is my opinion that, although Dr. Gobalet accurately represents what the ACS data she reviewed indicates, her analysis does not address the question of whether persons who were residents of California when they purchased HP laptops since 2013 are now citizens of California.  To begin with, Dr. Gobalet assumes that the subpopulation of persons who buy HP computers demonstrates similar migratory behavior as the greater population of California.  However, the ACS data provides no support for this assumption.

10.      The data that comprises the ACS is limited in numerous material ways.

   a.  First, the ACS provides only provides information on changes of residence, and does not provide information on permanent domicile. For example, the survey would not report the permanent domicile of military personnel who are temporarily stationed at Camp Pendleton, and thus reside in California, but whose permanent address and voter

DOLL AMIR & ELEY LLP

DOLL AMIR & ELEY LLP

registration are in another state. Nor would ACS report the permanent domicile of university students in California domiciled outside the state.

b. Second, the ACS does not provide information on changes of residence from California to outside the nation, because it is not conducted in foreign countries. For example, if an individual who was living and working in California on a temporary work assignment moved to another country, the ACS would not capture or report that data.

c. Third, the ACS does not provide any information on differential migration rates by age or occupation. This underscores one of the problems with Dr. Gobalet's primary assumption – i.e., there is substantial similarity between the general population of California residents and the subpopulation of persons who purchase HP computers. Dr. Gobalet's analysis fails to take into account any evidence of that subpopulation. For example, according to the Current Population Survey migration rates may vary by approximately 2:1 depending on a person's major occupation group. Attached hereto as Exhibit C is a true and correct copy of Table 3 (General Mobility of Employed Civilians 16 Years and Over, by Sex, Age, Race and Hispanic Origin, Region, and Major Occupation Group: 2016 to 2017) of the Current Population Survey Geographical Migration Tables from the US Census Bureau.

11. In addition to the foregoing limitations of the ACS, Dr. Gobalet's conclusion does not take into account that ACS for 2013-2017 reports that California residents who were not U.S. citizens was 13.5 percent. Attached hereto as Exhibit D is a true and correct copy of a printout of Table B05001 from ACS, which is made available by the US Census Bureau through the American FactFinder website:

3

[https://factfinder.census.gov/faces/nav/jsf/pages/index.xhtml].  In other words, the ACS data specifically relied upon by Dr. Gobalet does not account for the number of non-U.S. citizens residing in California, and the ACS data she relies upon cannot address whether greater than two-thirds of the prospective class members are citizens of California.

12.     There are numerous factors absent from Dr. Gobalet's opinion that should be considered in analyzing whether the subpopulation of HP consumers may be compared to the general California population represented by the ACS.  For example, interstate and international migration differs as between students and non-students, with students being more mobile.  Also, some percentage of those students will either be citizens of other countries or have permanent residences outside of California.  If the subpopulation of prospective class members has a disproportionate number of students than the general California population, this would cause a variance as between the average migration rates of the ACS population and that of the class members.

13.     Similarly, Dr. Gobalet's opinion does not take into account variances between the job titles of the subpopulation of HP consumers and the ACS population.  As noted above, interstate and international migration varies by profession and job title.  For example, the workforce in STEM-type fields in California includes a large number of foreign citizens.  Also, workers in the STEM-type fields may be more mobile than citizens in many other fields.  If the subpopulation of prospective class members has a disproportionate number of students than the general California population, this would cause a variance as between the average migration rates of the ACS population and that of the class members.

14.     Based on my professional experience and my familiarity with the demographic data and sources, the information analyzed by Dr. Gobalet is insufficient to form the basis of her conclusion that it is "extremely unlikely that at least one third of those who purchased Hewlett Packard laptops while California residents no longer

DOLL AMIR & ELEY LLP

4

1  reside within California."

2

3      I declare under penalty of perjury under the laws of the United States of

4  America that the foregoing is true and correct.  Executed on May 22, 2019, in

5  O'Fallon, Illinois.

6                                                    _____

7                                                    WENDELL COX

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DOLL AMIR & ELEY LLP

DECLARATION OF WENDELL COX IN SUPPORT OF DEFENDANT HP INC.'S OPPOSITION TO PLAINTIFF'S
MOTION TO REMAND ACTION TO STATE COURT

**<u>EXHIBIT A</u>**

# Wendell Cox
# Curriculum Vitae
### May 2019

Principal of Wendell Cox Consultancy (dba Demographia), an international public policy consulting firm with specializations in demographics, transport and urban policy. Located in the St. Louis, Missouri-Illinois metropolitan area.

## PRINCIPAL AFFILIATIONS

Senior Fellow, Center for Opportunity Urbanism, Houston

Center for Demographics and Policy, Chapman University

Senior Fellow, Frontier Centre for Public Policy, Winnipeg

Contributing Editor, *newgeography.com*

## PUBLIC APPOINTMENTS

Member, Los Angeles County Transportation Commission, policy organization overseeing highways and transit in Los Angeles County (1977-1985). Appointed to three four year terms by Mayor Tom Bradley. *The Commission was consolidated with the Southern California Rapid Transit District, to form the Los Angeles County Metropolitan Transportation Authority in 1993.*

Member, Amtrak Reform Council (1999-2002), appointed by the US Speaker of the House of Representatives to fill the unexpired term of New Jersey Governor Christine Todd Whitman

## EDUCATION

BA, Government, California State University, Los Angeles: 1968

MBA, Pepperdine University, Los Angeles, 1981.

## PRINCIPAL PROJECTS

### The City Sector Model

Developed the "City Sector Model," which is used to analyze US metropolitan areas at the postal code (more than 30,000 zip codes) level, which are classified by various demographic factors, using data from the American Community Survey (ACS) and the Census Bureau County Business Patterns. Each major metropolitan area zip code is classified into one of two urban core and three suburban and exurban categories. Results from the model have been published for the 2000 and 2010 censuses and in each of the past five years. with annual data on a variety of demographic indicators for the 53 metropolitan areas with more than 1,000,000 population annually. A book chapter describing the first year's data is listed below ("Measuring Urban Cores and Suburbs in the United States," in *Infinite Suburbia,* edited by Alan Berger, Joel Kotkin and Celina Balderas Guzman, 2014).

### Demographia World Urban Areas

Developer and author of *Demographia World Urban Areas*, a widely cited source for data on world agglomerations (continuously built-up urban areas). The 2019 edition covers the more than 1,050 identified urban agglomerations, providing estimates of urban land area, population and population density.

### Demographia International Housing Affordability Survey

With my New Zealand co-author, developed and have published 15 editions of the *Demographia International Housing Affordability Survey*, which in its 2019 edition rated more than 300 metropolitan areas in eight nations. *Demographia International Housing Affordability Survey* is relied upon by various news organizations around the world.

### Demographia Central Business Districts

Developed *Demographia Central Business Districts,* with editions published estimating employment, commuting and relationship to metropolitan area employment levels for 1990, 2000 and 2006-2010. The current edition provides employment estimates of central business districts (downtowns) for 2006-2010 in 52 US metropolitan areas, using American Community Survey data and the Census Transportation Planning Program (American Association of State Highway and Transportation Officials and the Census Bureau).

## PUBLICATIONS IN THE LAST 10 YEARS: SELECTED

**Author:**

*Demographia World Urban Areas,* Demographia.com, 2019
*The Evolving Urban Form: Development Profiles of World Urban Areas,* newgeography.com (profiles of 60 world urban areas, including 27 of the world 38 megacities [over 10 million population])
*Demographia Central Business Districts: With Data for Selected Additional Employment Centers,* Demographia.com, 2014.
"Measuring Urban Cores and Suburbs in the United States," in *Infinite Suburbia,* edited by Alan Berger, Joel Kotkin and Celina Balderas Guzman, 2014.
*Toward More Prosperous Cities: A Framing Essay on Urban Areas, Planning, Transport and the Dimensions of Sustainability,* World Streets: The Politics of Transport in Cities, 2012.
"Urban Travel and Urban Population Density," *Journeys*, Singapore Land Transport Authority, 2012.
*Evaluation of Plan Bay Area,* Pacific Research Institute, 2013.
*A Question of Values: Middle-Income Housing Affordability and Urban Containment Policy,* Frontier Centre for Public Policy, 2015.
*Urban Containment: The Social and Economic Consequences of Limiting Housing and Travel Options,* Reason Foundation, 2016.
*Examining Sprawl in Europe and America,* Reason Foundation, 2011.
*Restrictive Land-Use Regulation: Strategies, Effects and Solutions,* Frontier Centre for Public Policy, 2017.
*Local Democracy and the Townships of Illinois: A Report to the People,* report for the Illinois Officials of Illinois, 2011.
*Local Government Efficiency and Size in Illinois: Counting Tax Revenues, not Governments,* report for the Township Officials of Illinois.
*Local Democracy and Townships in the Chicagoland Area,* report for the Township Officials of Illinois, 2012.

*Government Consolidation in Indiana: Separating Rhetoric from Reality,* report for the Indiana Township Association, 2009.

*Local Democracy in Ohio A Review of City, Village and Township Financial Performance by Size*, report for the Ohio Township Association.

*COU Standard of Living Index*, Center for Opportunity Urbanism, Annual 2016-2018.

*A Road Map to Job-Creating Infrastructure,* Center for Opportunity Urbanism, 2016.

*Developing Africa: Toward Self-Sufficient Consumer Oriented Urban Transport,* CODATU, 2012.

*The XpressWest High-Speed Rail Line from Victorville to Las Vegas: A Taxpayer Risk Analysis*, Reason Foundation, 2012.

*The Tampa to Orlando High-Speed Rail Project: Florida Taxpayer Risk Assessment*, Reason Foundation, 2011.

*Reducing Greenhouse Gases from Personal Mobility: Opportunities and Possibilities*, Reason Foundation, 2011.

*Housing Affordability and the Standard of Living in Toronto, Frontier Centre for Public Policy, 2014.* (part of a series of parallel research reports on Vancouver, Calgary, Saskatoon and Regina, published 2013-1014).

*Putting People First: An Alternative Perspective with an Evaluation of the NCE Cities "Trillion Dollar" Report,* Center for Opportunity Urbanism, 2015.

*Improving the Competitiveness of Metropolitan Areas,* Frontier Centre for Public Policy, 2012.

"Can Atlanta Heat Up Again: The Georgia city took a big hit after the financial crisis but could be poised for a rebound," *City Journal,* 2015.\

"Sunny Again: Having weathered the worst of the housing collapse, Florida is heating up," *City Journal,* 2013.

"The Texas Growth Machine: The data show that the Lone Star state's prosperity is no mirage," *City Journal,* 2013.

"Sunshine is Golden: Florida has reversed its demographic decline," *City Journal,* 2012.

"The Long Stall: California's jobs engine broke down well before the financial crisis," *City Journal,* 2011.

*The Housing Crash and Smart Growth*, National Center for Policy Analysis, 2011.

"Escape from New York: Dysfunctional policies are driving away millions of residents and billions of dollars," *City Journal*, 2009.

*Transit Policy in an Era of the Shrinking Federal Dollar,* Heritage Foundation, 2013.

"Driverless Cars and the City: Sharing Cars, Not Rides," *Cityscape: A Journal of Policy Development and Research*, US Department of Housing and Urban Development, 2016.

*Moving from Canada's Biggest Cities,* Huffington Post, 2016

*Perspectives on Millennials and the City,* Huffington Post, 2017

*Canada's Affluent Middle-Class at Risk,* Huffington Post, 2016

*America's Largest Urban Cores,* Huffington Post, 2016

*America's Densest Cities,* Huffington Post, 2017

*Urbanization and the Good News About Poverty,* Huffington Post, 2017

*Middle-Income Housing Affordability: International Situation,* Huffington Post, 2017

*The World's 10 Largest Urban Areas,* Huffington Post, 2016

*America's Accessible Cities,* Huffington Post, 2017

*Kansas City – Genuinely World Class,* Show-Me Institute, 2016.

*Housing Affordability: The St. Louis Advantage,* Show-Me Institute, 2012.

**Co-Author:**

*Demographia International Housing Affordability Survey,* Demographia.com, Annual 2005-2019.

*California High-Speed Rail: An Updated Due Diligence Report,* Reason Foundation, 2013.

*Canada's Middle-Income Housing Affordability Crisis,* Frontier Centre for Public Policy, 2016.

*Best Cities for Minorities: Gauging the Economics of Opportunity,* Center for Opportunity Urbanism, 2015.

"International Shrinking Cities: Analysis, Classification and Prospects," in *Shrinking Cities: A Global Perspective,* edited by Harry W. Richardson and Chang Woon Lam, 2014.

"Espansione urbana: benedizione o maledezione? Uno visione Europea," ("Urban sprawl: a blessing or a curse? A European vision") in *Trasporti e infrastrutture. Un'altra politica è possibile,* edited by Enrico Musso and Francesco Ramella, 2011.

*Modern cities: their role and their private planning roots*, in Property Rights, Entrepreneurship and Transaction Costs, Edited by David Emanuel Andersson and Stefano Moroni, 2014.

*Cities in Western Europe and the United States: do policy differences matter?* Annals of Regional Science, 2012.

"The Enduring Virtues of American Government Localism," in *Localism in America: Why we should tackle our biggest challenges at the local level,* edited by Ryan Streeter and Joel Kotkin, American Enterprise Institute, 2018.

*The Great Train Robbery: Urban Transportation in the 21st Century*, Chapman University, Center for Demographics and Policy, 2017.

"The Future of the Affluent American City," *Cityscape: A Journal of Policy Development and Research*, US Department of Housing and Urban Development, 2013.

*Inter-Municipal Co-operation and Reform: Municipal Amalgamations,* Frontier Centre for Public Policy, 2017.

*Our Town: Restoring Localism,* Center for Opportunity Urbanism, 2016.

"Where Talent Wants to Live," *CEO Magazine*, 2018.

"Why Young Talent is Leaving Silicon Valley," *CEO Magazine*, 2018.

"Where Millennials Really Go for Jobs," *City Journal,* Manhattan Institute 2019.

"This Train Won't Leave the Station," *City Journal,* Manhattan Institute 2019.

"The Bifurcated City," *City Journal,* Manhattan Institute 2019.

"What the Census Numbers Tell Us," *City Journal,* Manhattan Institute 2018.

"Playgrounds for Elites," *City Journal,* Manhattan Institute 2017.

"California Squashes its Young," *City Journal,* Manhattan Institute 2017.

"Urbanism-Texas Style," *City Journal,* Manhattan Institute 2017.

"Cities and the Census," *City Journal,* Manhattan Institute 2017.

*Should NCDOT Add More "Piedmont" Trains,* John Locke Foundation, 2011.

*Improving Quality of Life through Telecommuting,* Information Technology and Innovation Foundation, 2009.

*Don't Regulate the Suburbs: America Needs a Housing Policy That Works,* Heritage Foundation, 2009.

*Urban Transportation Requires Factual Foundations,* Heritage Foundation, 2010.

*Toward Creating Sustainable Transit,* Heritage Foundation, 2010.

More than 500 commentaries published principally in *newgeography.com*, and other outlets.

**One of More than Two Authors, or Provided Research Assistance**

*Kansas City MO-KS Amazon HQ2 Proposal,* 2017.

*America's Housing Crisis,* Chapman University, Center for Demographics and Policy, 2015.

*California Feudalism: The Squeeze on the Middle-Class,* Chapman University, Center for Demographics and Policy, 2017

*The Rise of Post-Familialism: Humanity's Future,"* research paper for a seminar at the Civil Service College, Singapore, 2012.

*Size is not the Answer: The Changing Face of the Global City:* Civil Service College, Singapore, 2014

*Orange County Focus: Forging Our Common Future,* 2017 Chapman University, Center for Demographics and Policy, 2018.

*Beyond Gentrification: Towards More Equitable Urban Growth,* Center for Opportunity Urbanism, 2019.

*Houston Resilient: How Houston has met — and will meet — the challenges posed by Hurricane Harvey,*
Center for Opportunity Urbanism, 2017.

# **<u>EXHIBIT B</u>**

13197017



U.S. DEPARTMENT OF COMMERCE
Economics and Statistics Administration
U.S. CENSUS BUREAU

# THE **American Community Survey**

**This booklet shows the content of the American Community Survey questionnaire.**



## Start Here

Respond online today at:
**https://respond.census.gov/acs**

OR

Complete this form and mail it back as soon as possible.

This form asks for information about the people who are living or staying at the address on the mailing label and about the house, apartment, or mobile home located at the address on the mailing label.

 **If you need help or have questions about completing this form,** please call **1-800-354-7271.** The telephone call is free.

**Telephone Device for the Deaf (TDD):**
Call 1–800–582–8330. The telephone call is free.

**¿NECESITA AYUDA?** Si usted habla español y necesita ayuda para completar su cuestionario, llame sin cargo alguno al **1-877-833-5625.** Usted también puede completar su entrevista por teléfono con un entrevistador que habla español. O puede responder por Internet en: https://respond.census.gov/acs

For more information about the American Community Survey, visit our web site at: http://www.census.gov/acs

➤ **Please print today's date.**

Month   Day   Year

➤ **Please print the name and telephone number of the person who is filling out this form.** We will only contact you if needed for official Census Bureau business.

Last Name

First Name                                                                MI

Area Code + Number

➤ **How many people are living or staying at this address?**

• **INCLUDE** everyone who is living or staying here for more than 2 months.
• **INCLUDE** yourself if you are living here for more than 2 months.
• **INCLUDE** anyone else staying here who does not have another place to stay, even if they are here for 2 months or less.
• **DO NOT INCLUDE** anyone who is living somewhere else for more than 2 months, such as a college student living away or someone in the Armed Forces on deployment.

**Number of people**

➤ **Fill out pages 2, 3, and 4 for everyone, including yourself, who is living or staying at this address for more than 2 months. Then complete the rest of the form.**

FORM **ACS-1(INFO)(2017)**
(03-14-2016)

OMB No. 0607-0810
OMB No. 0607-0936



13197025

## Person 1

(Person 1 is the person living or staying here in whose name this house or apartment is owned, being bought, or rented. If there is no such person, start with the name of any adult living or staying here.)

**1 What is Person 1's name?**

Last Name *(Please print)*

First Name

MI

**2 How is this person related to Person 1?**

[X] Person 1

**3 What is Person 1's sex?** *Mark (X) ONE box.*

[ ] Male      [ ] Female

**4 What is Person 1's age and what is Person 1's date of birth?**
*Please report babies as age 0 when the child is less than 1 year old.*
*Print numbers in boxes.*

Age (in years)      Month    Day    Year of birth

➜ **NOTE:   Please answer BOTH Question 5 about Hispanic origin and Question 6 about race. For this survey, Hispanic origins are not races.**

**5 Is Person 1 of Hispanic, Latino, or Spanish origin?**

[ ] **No,** not of Hispanic, Latino, or Spanish origin
[ ] Yes, Mexican, Mexican Am., Chicano
[ ] Yes, Puerto Rican
[ ] Yes, Cuban
[ ] Yes, another Hispanic, Latino, or Spanish origin – *Print origin, for example, Argentinean, Colombian, Dominican, Nicaraguan, Salvadoran, Spaniard, and so on.*

**6 What is Person 1's race?** *Mark (X) one or more boxes.*

[ ] White
[ ] Black or African Am.
[ ] American Indian or Alaska Native — *Print name of enrolled or principal tribe.*

[ ] Asian Indian      [ ] Japanese      [ ] Native Hawaiian
[ ] Chinese            [ ] Korean        [ ] Guamanian or Chamorro
[ ] Filipino           [ ] Vietnamese    [ ] Samoan
[ ] Other Asian – *Print race, for example, Hmong, Laotian, Thai, Pakistani, Cambodian, and so on.*    [ ] Other Pacific Islander – *Print race, for example, Fijian, Tongan, and so on.*

[ ] Some other race – *Print race.*

## Person 2

**1 What is Person 2's name?**

Last Name *(Please print)*

First Name

MI

**2 How is this person related to Person 1?** *Mark (X) ONE box.*

[ ] Husband or wife                    [ ] Son-in-law or daughter-in-law
[ ] Biological son or daughter         [ ] Other relative
[ ] Adopted son or daughter            [ ] Roomer or boarder
[ ] Stepson or stepdaughter            [ ] Housemate or roommate
[ ] Brother or sister                  [ ] Unmarried partner
[ ] Father or mother                   [ ] Foster child
[ ] Grandchild                         [ ] Other nonrelative
[ ] Parent-in-law

**3 What is Person 2's sex?** *Mark (X) ONE box.*

[ ] Male      [ ] Female

**4 What is Person 2's age and what is Person 2's date of birth?**
*Please report babies as age 0 when the child is less than 1 year old.*
*Print numbers in boxes.*

Age (in years)      Month    Day    Year of birth

➜ **NOTE:   Please answer BOTH Question 5 about Hispanic origin and Question 6 about race. For this survey, Hispanic origins are not races.**

**5 Is Person 2 of Hispanic, Latino, or Spanish origin?**

[ ] **No,** not of Hispanic, Latino, or Spanish origin
[ ] Yes, Mexican, Mexican Am., Chicano
[ ] Yes, Puerto Rican
[ ] Yes, Cuban
[ ] Yes, another Hispanic, Latino, or Spanish origin – *Print origin, for example, Argentinean, Colombian, Dominican, Nicaraguan, Salvadoran, Spaniard, and so on.*

**6 What is Person 2's race?** *Mark (X) one or more boxes.*

[ ] White
[ ] Black or African Am.
[ ] American Indian or Alaska Native — *Print name of enrolled or principal tribe.*

[ ] Asian Indian      [ ] Japanese      [ ] Native Hawaiian
[ ] Chinese            [ ] Korean        [ ] Guamanian or Chamorro
[ ] Filipino           [ ] Vietnamese    [ ] Samoan
[ ] Other Asian – *Print race, for example, Hmong, Laotian, Thai, Pakistani, Cambodian, and so on.*    [ ] Other Pacific Islander – *Print race, for example, Fijian, Tongan, and so on.*

[ ] Some other race – *Print race.*

INFORMATIONAL COPY

2

13197033

## Person 3

**1** **What is Person 3's name?**

Last Name *(Please print)*          First Name          MI

**2** **How is this person related to Person 1?** *Mark (X) ONE box.*

- ☐ Husband or wife
- ☐ Biological son or daughter
- ☐ Adopted son or daughter
- ☐ Stepson or stepdaughter
- ☐ Brother or sister
- ☐ Father or mother
- ☐ Grandchild
- ☐ Parent-in-law
- ☐ Son-in-law or daughter-in-law
- ☐ Other relative
- ☐ Roomer or boarder
- ☐ Housemate or roommate
- ☐ Unmarried partner
- ☐ Foster child
- ☐ Other nonrelative

**3** **What is Person 3's sex?** *Mark (X) ONE box.*

☐ Male          ☐ Female

**4** **What is Person 3's age and what is Person 3's date of birth?**
*Please report babies as age 0 when the child is less than 1 year old.*

*Print numbers in boxes.*

Age (in years)          Month   Day   Year of birth

→ **NOTE:** Please answer BOTH Question 5 about Hispanic origin and Question 6 about race. For this survey, Hispanic origins are not races.

**5** **Is Person 3 of Hispanic, Latino, or Spanish origin?**

- ☐ **No,** not of Hispanic, Latino, or Spanish origin
- ☐ Yes, Mexican, Mexican Am., Chicano
- ☐ Yes, Puerto Rican
- ☐ Yes, Cuban
- ☐ Yes, another Hispanic, Latino, or Spanish origin – *Print origin, for example, Argentinean, Colombian, Dominican, Nicaraguan, Salvadoran, Spaniard, and so on.* ☑

**6** **What is Person 3's race?** *Mark (X) one or more boxes.*

- ☐ White
- ☐ Black or African Am.
- ☐ American Indian or Alaska Native — *Print name of enrolled or principal tribe.* ☑

- ☐ Asian Indian
- ☐ Chinese
- ☐ Filipino
- ☐ Japanese
- ☐ Korean
- ☐ Vietnamese
- ☐ Native Hawaiian
- ☐ Guamanian or Chamorro
- ☐ Samoan
- ☐ Other Asian – *Print race, for example, Hmong, Laotian, Thai, Pakistani, Cambodian, and so on.* ☑
- ☐ Other Pacific Islander – *Print race, for example, Fijian, Tongan, and so on.* ☑

- ☐ Some other race – *Print race.* ☑

## Person 4

**1** **What is Person 4's name?**

Last Name *(Please print)*          First Name          MI

**2** **How is this person related to Person 1?** *Mark (X) ONE box.*

- ☐ Husband or wife
- ☐ Biological son or daughter
- ☐ Adopted son or daughter
- ☐ Stepson or stepdaughter
- ☐ Brother or sister
- ☐ Father or mother
- ☐ Grandchild
- ☐ Parent-in-law
- ☐ Son-in-law or daughter-in-law
- ☐ Other relative
- ☐ Roomer or boarder
- ☐ Housemate or roommate
- ☐ Unmarried partner
- ☐ Foster child
- ☐ Other nonrelative

**3** **What is Person 4's sex?** *Mark (X) ONE box.*

☐ Male          ☐ Female

**4** **What is Person 4's age and what is Person 4's date of birth?**
*Please report babies as age 0 when the child is less than 1 year old.*

*Print numbers in boxes.*

Age (in years)          Month   Day   Year of birth

→ **NOTE:** Please answer BOTH Question 5 about Hispanic origin and Question 6 about race. For this survey, Hispanic origins are not races.

**5** **Is Person 4 of Hispanic, Latino, or Spanish origin?**

- ☐ **No,** not of Hispanic, Latino, or Spanish origin
- ☐ Yes, Mexican, Mexican Am., Chicano
- ☐ Yes, Puerto Rican
- ☐ Yes, Cuban
- ☐ Yes, another Hispanic, Latino, or Spanish origin – *Print origin, for example, Argentinean, Colombian, Dominican, Nicaraguan, Salvadoran, Spaniard, and so on.* ☑

**6** **What is Person 4's race?** *Mark (X) one or more boxes.*

- ☐ White
- ☐ Black or African Am.
- ☐ American Indian or Alaska Native — *Print name of enrolled or principal tribe.* ☑

- ☐ Asian Indian
- ☐ Chinese
- ☐ Filipino
- ☐ Japanese
- ☐ Korean
- ☐ Vietnamese
- ☐ Native Hawaiian
- ☐ Guamanian or Chamorro
- ☐ Samoan
- ☐ Other Asian – *Print race, for example, Hmong, Laotian, Thai, Pakistani, Cambodian, and so on.* ☑
- ☐ Other Pacific Islander – *Print race, for example, Fijian, Tongan, and so on.* ☑

- ☐ Some other race – *Print race.* ☑

13197041

## Person 5

**1. What is Person 5's name?**

Last Name *(Please print)*

First Name

MI

**2. How is this person related to Person 1?** *Mark (X) ONE box.*

- [ ] Husband or wife
- [ ] Biological son or daughter
- [ ] Adopted son or daughter
- [ ] Stepson or stepdaughter
- [ ] Brother or sister
- [ ] Father or mother
- [ ] Grandchild
- [ ] Parent-in-law
- [ ] Son-in-law or daughter-in-law
- [ ] Other relative
- [ ] Roomer or boarder
- [ ] Housemate or roommate
- [ ] Unmarried partner
- [ ] Foster child
- [ ] Other nonrelative

**3. What is Person 5's sex?** *Mark (X) ONE box.*

- [ ] Male
- [ ] Female

**4. What is Person 5's age and what is Person 5's date of birth?**
*Please report babies as age 0 when the child is less than 1 year old.*
*Print numbers in boxes.*

Age (in years)

Month   Day   Year of birth

→ **NOTE:  Please answer BOTH Question 5 about Hispanic origin and Question 6 about race. For this survey, Hispanic origins are not races.**

**5. Is Person 5 of Hispanic, Latino, or Spanish origin?**

- [ ] **No,** not of Hispanic, Latino, or Spanish origin
- [ ] Yes, Mexican, Mexican Am., Chicano
- [ ] Yes, Puerto Rican
- [ ] Yes, Cuban
- [ ] Yes, another Hispanic, Latino, or Spanish origin – *Print origin, for example, Argentinean, Colombian, Dominican, Nicaraguan, Salvadoran, Spaniard, and so on.*

**6. What is Person 5's race?** *Mark (X) one or more boxes.*

- [ ] White
- [ ] Black or African Am.
- [ ] American Indian or Alaska Native – *Print name of enrolled or principal tribe.*

- [ ] Asian Indian
- [ ] Chinese
- [ ] Filipino
- [ ] Other Asian – *Print race, for example, Hmong, Laotian, Thai, Pakistani, Cambodian, and so on.*
- [ ] Japanese
- [ ] Korean
- [ ] Vietnamese
- [ ] Native Hawaiian
- [ ] Guamanian or Chamorro
- [ ] Samoan
- [ ] Other Pacific Islander – *Print race, for example, Fijian, Tongan, and so on.*

- [ ] Some other race – *Print race.*

→ **If there are more than five people living or staying here, print their names in the spaces for Person 6 through Person 12.** *We may call you for more information about them.*

## Person 6

Last Name *(Please print)*

First Name

MI

Sex  [ ] Male   [ ] Female   **Age (in years)**

## Person 7

Last Name *(Please print)*

First Name

MI

Sex  [ ] Male   [ ] Female   **Age (in years)**

## Person 8

Last Name *(Please print)*

First Name

MI

Sex  [ ] Male   [ ] Female   **Age (in years)**

## Person 9

Last Name *(Please print)*

First Name

MI

Sex  [ ] Male   [ ] Female   **Age (in years)**

## Person 10

Last Name *(Please print)*

First Name

MI

Sex  [ ] Male   [ ] Female   **Age (in years)**

## Person 11

Last Name *(Please print)*

First Name

MI

Sex  [ ] Male   [ ] Female   **Age (in years)**

## Person 12

Last Name *(Please print)*

First Name

MI

Sex  [ ] Male   [ ] Female   **Age (in years)**

**4**

INFORMATIONAL COPY

13197058

# Housing

➡ **Please answer the following questions about the house, apartment, or mobile home at the address on the mailing label.**

**1** **Which best describes this building?**
*Include all apartments, flats, etc., even if vacant.*

- ☐ A mobile home
- ☐ A one-family house detached from any other house
- ☐ A one-family house attached to one or more houses
- ☐ A building with 2 apartments
- ☐ A building with 3 or 4 apartments
- ☐ A building with 5 to 9 apartments
- ☐ A building with 10 to 19 apartments
- ☐ A building with 20 to 49 apartments
- ☐ A building with 50 or more apartments
- ☐ Boat, RV, van, etc.

**2** **About when was this building first built?**

- ☐ 2000 or later – *Specify year* ↘
  [    ]
- ☐ 1990 to 1999
- ☐ 1980 to 1989
- ☐ 1970 to 1979
- ☐ 1960 to 1969
- ☐ 1950 to 1959
- ☐ 1940 to 1949
- ☐ 1939 or earlier

**3** **When did PERSON 1 (listed on page 2) move into this house, apartment, or mobile home?**

Month [   ]   Year [     ]

---

**A** *Answer questions 4 – 5 if this is a HOUSE OR A MOBILE HOME; otherwise, SKIP to question 6a.*

**4** **How many acres is this house or mobile home on?**

- ☐ Less than 1 acre → *SKIP to question 6a*
- ☐ 1 to 9.9 acres
- ☐ 10 or more acres

**5** **IN THE PAST 12 MONTHS, what were the actual sales of all agricultural products from this property?**

- ☐ None
- ☐ $1 to $999
- ☐ $1,000 to $2,499
- ☐ $2,500 to $4,999
- ☐ $5,000 to $9,999
- ☐ $10,000 or more

**6** **a. How many separate rooms are in this house, apartment, or mobile home?**
*Rooms must be separated by built-in archways or walls that extend out at least 6 inches and go from floor to ceiling.*

- *INCLUDE bedrooms, kitchens, etc.*
- *EXCLUDE bathrooms, porches, balconies, foyers, halls, or unfinished basements.*

Number of rooms [   ]

**b. How many of these rooms are bedrooms?**
*Count as bedrooms those rooms you would list if this house, apartment, or mobile home were for sale or rent. If this is an efficiency/studio apartment, print "0".*

Number of bedrooms [   ]

---

**7** **Does this house, apartment, or mobile home have –**

| | Yes | No |
|---|---|---|
| a. hot and cold running water? | ☐ | ☐ |
| b. a bathtub or shower? | ☐ | ☐ |
| c. a sink with a faucet? | ☐ | ☐ |
| d. a stove or range? | ☐ | ☐ |
| e. a refrigerator? | ☐ | ☐ |
| f. telephone service from which you can both make and receive calls? *Include cell phones.* | ☐ | ☐ |

**8** **At this house, apartment, or mobile home – do you or any member of this household own or use any of the following types of computer?**

| | Yes | No |
|---|---|---|
| a. Desktop or laptop | ☐ | ☐ |
| b. Smartphone | ☐ | ☐ |
| c. Tablet or other portable wireless computer | ☐ | ☐ |
| d. Some other type of computer *Specify* ↗ | ☐ | ☐ |

[                    ]

**9** **At this house, apartment, or mobile home – do you or any member of this household have access to the Internet?**

- ☐ Yes, by paying a cell phone company or Internet service provider
- ☐ Yes, without paying a cell phone company or Internet service provider → *SKIP to question 11*
- ☐ No access to the Internet at this house, apartment, or mobile home → *SKIP to question 11*

**10** **Do you or any member of this household have access to the Internet using a –**

| | Yes | No |
|---|---|---|
| a. cellular data plan for a smartphone or other mobile device? | ☐ | ☐ |
| b. broadband (high speed) Internet service such as cable, fiber optic, or DSL service installed in this household? | ☐ | ☐ |
| c. satellite Internet service installed in this household? | ☐ | ☐ |
| d. dial-up Internet service installed in this household? | ☐ | ☐ |
| e. some other service? *Specify service* ↗ | ☐ | ☐ |

[                    ]

**5**

13197066

## Housing (continued)

**11** How many automobiles, vans, and trucks of one-ton capacity or less are kept at home for use by members of this household?

- [ ] None
- [ ] 1
- [ ] 2
- [ ] 3
- [ ] 4
- [ ] 5
- [ ] 6 or more

**12** Which FUEL is used MOST for heating this house, apartment, or mobile home?

- [ ] Gas: from underground pipes serving the neighborhood
- [ ] Gas: bottled, tank, or LP
- [ ] Electricity
- [ ] Fuel oil, kerosene, etc.
- [ ] Coal or coke
- [ ] Wood
- [ ] Solar energy
- [ ] Other fuel
- [ ] No fuel used

**13** **a. LAST MONTH, what was the cost of electricity for this house, apartment, or mobile home?**

Last month's cost – Dollars

$ [    ] .00

**OR**

- [ ] Included in rent or condominium fee
- [ ] No charge or electricity not used

**b. LAST MONTH, what was the cost of gas for this house, apartment, or mobile home?**

Last month's cost – Dollars

$ [    ] .00

**OR**

- [ ] Included in rent or condominium fee
- [ ] Included in electricity payment entered above
- [ ] No charge or gas not used

**c. IN THE PAST 12 MONTHS, what was the cost of water and sewer for this house, apartment, or mobile home?** If you have lived here less than 12 months, estimate the cost.

Past 12 months' cost – Dollars

$ [    ] .00

**OR**

- [ ] Included in rent or condominium fee
- [ ] No charge

**d. IN THE PAST 12 MONTHS, what was the cost of oil, coal, kerosene, wood, etc., for this house, apartment, or mobile home?** If you have lived here less than 12 months, estimate the cost.

Past 12 months' cost – Dollars

$ [    ] .00

**OR**

- [ ] Included in rent or condominium fee
- [ ] No charge or these fuels not used

**14** IN THE PAST 12 MONTHS, did you or any member of this household receive benefits from the Food Stamp Program or SNAP (the Supplemental Nutrition Assistance Program)? Do NOT include WIC, the School Lunch Program, or assistance from food banks.

- [ ] Yes
- [ ] No

**15** Is this house, apartment, or mobile home part of a condominium?

- [ ] Yes → **What is the monthly condominium fee?** For renters, answer only if you pay the condominium fee in addition to your rent; otherwise, mark the "None" box.

  Monthly amount – Dollars

  $ [    ] .00

  **OR**

  - [ ] None

- [ ] No

**16** Is this house, apartment, or mobile home – Mark (X) ONE box.

- [ ] Owned by you or someone in this household with a mortgage or loan? Include home equity loans.
- [ ] Owned by you or someone in this household free and clear (without a mortgage or loan)?
- [ ] Rented?
- [ ] Occupied without payment of rent? → SKIP to **C** on the next page

6

13197074

## Housing (continued)

**B** *Answer questions 17a and b if this house, apartment, or mobile home is RENTED. Otherwise, SKIP to question 18.*

**17 a. What is the monthly rent for this house, apartment, or mobile home?**

Monthly amount – *Dollars*

$ ☐☐☐☐☐ .00

**b. Does the monthly rent include any meals?**

☐ Yes
☐ No

**C** *Answer questions 18 – 22 if you or any member of this household OWNS or IS BUYING this house, apartment, or mobile home. Otherwise, SKIP to* **E** *.*

**18 About how much do you think this house and lot, apartment, or mobile home (and lot, if owned) would sell for if it were for sale?**

Amount – *Dollars*

$ ☐☐☐☐☐☐ .00

**19 What are the annual real estate taxes on THIS property?**

Annual amount – *Dollars*

$ ☐☐☐,☐☐☐ .00

**OR**

☐ None

**20 What is the annual payment for fire, hazard, and flood insurance on THIS property?**

Annual amount – *Dollars*

$ ☐☐☐☐ .00

**OR**

☐ None

**21 a. Do you or any member of this household have a mortgage, deed of trust, contract to purchase, or similar debt on THIS property?**

☐ Yes, mortgage, deed of trust, or similar debt
☐ Yes, contract to purchase
☐ No ➔ *SKIP to question 22a*

**b. How much is the regular monthly mortgage payment on THIS property?** *Include payment only on FIRST mortgage or contract to purchase.*

Monthly amount – *Dollars*

$ ☐☐☐☐☐ .00

**OR**

☐ No regular payment required ➔ *SKIP to question 22a*

**c. Does the regular monthly mortgage payment include payments for real estate taxes on THIS property?**

☐ Yes, taxes included in mortgage payment
☐ No, taxes paid separately or taxes not required

**d. Does the regular monthly mortgage payment include payments for fire, hazard, or flood insurance on THIS property?**

☐ Yes, insurance included in mortgage payment
☐ No, insurance paid separately or no insurance

**22 a. Do you or any member of this household have a second mortgage or a home equity loan on THIS property?**

☐ Yes, home equity loan
☐ Yes, second mortgage
☐ Yes, second mortgage and home equity loan
☐ No ➔ *SKIP to* **D**

**b. How much is the regular monthly payment on all second or junior mortgages and all home equity loans on THIS property?**

Monthly amount – *Dollars*

$ ☐☐☐☐☐ .00

**OR**

☐ No regular payment required

**D** *Answer question 23 if this is a MOBILE HOME. Otherwise, SKIP to* **E** *.*

**23 What are the total annual costs for personal property taxes, site rent, registration fees, and license fees on THIS mobile home and its site?** *Exclude real estate taxes.*

Annual costs – *Dollars*

$ ☐☐☐☐☐ .00

**E** *Answer questions about PERSON 1 on the next page if you listed at least one person on page 2. Otherwise, SKIP to page 28 for the mailing instructions.*

INFORMATIONAL COPY

13197082

## Person 1

➡ **Please copy the name of Person 1 from page 2, then continue answering questions below.**

Last Name

First Name | MI

**7** **Where was this person born?**
- [ ] In the United States – *Print name of state.*
- [ ] Outside the United States – *Print name of foreign country, or Puerto Rico, Guam, etc.*

**8** **Is this person a citizen of the United States?**
- [ ] Yes, born in the United States ➜ *SKIP to question 10a*
- [ ] Yes, born in Puerto Rico, Guam, the U.S. Virgin Islands, or Northern Marianas
- [ ] Yes, born abroad of U.S. citizen parent or parents
- [ ] Yes, U.S. citizen by naturalization – *Print year of naturalization*
- [ ] No, not a U.S. citizen

**9** **When did this person come to live in the United States?** *If this person came to live in the United States more than once, print latest year.*
Year

**10** **a. At any time IN THE LAST 3 MONTHS, has this person attended school or college?** *Include only nursery or preschool, kindergarten, elementary school, home school, and schooling which leads to a high school diploma or a college degree.*
- [ ] No, has not attended in the last 3 months ➜ *SKIP to question 11*
- [ ] Yes, public school, public college
- [ ] Yes, private school, private college, home school

**b. What grade or level was this person attending?** *Mark (X) ONE box.*
- [ ] Nursery school, preschool
- [ ] Kindergarten
- [ ] Grade 1 through 12 – *Specify grade 1 – 12*
- [ ] College undergraduate years (freshman to senior)
- [ ] Graduate or professional school beyond a bachelor's degree *(for example: MA or PhD program, or medical or law school)*

**11** **What is the highest degree or level of school this person has COMPLETED?** *Mark (X) ONE box. If currently enrolled, mark the previous grade or highest degree received.*

**NO SCHOOLING COMPLETED**
- [ ] No schooling completed

**NURSERY OR PRESCHOOL THROUGH GRADE 12**
- [ ] Nursery school
- [ ] Kindergarten
- [ ] Grade 1 through 11 – *Specify grade 1 – 11*
- [ ] 12th grade – **NO DIPLOMA**

**HIGH SCHOOL GRADUATE**
- [ ] Regular high school diploma
- [ ] GED or alternative credential

**COLLEGE OR SOME COLLEGE**
- [ ] Some college credit, but less than 1 year of college credit
- [ ] 1 or more years of college credit, no degree
- [ ] Associate's degree *(for example: AA, AS)*
- [ ] Bachelor's degree *(for example: BA, BS)*

**AFTER BACHELOR'S DEGREE**
- [ ] Master's degree *(for example: MA, MS, MEng, MEd, MSW, MBA)*
- [ ] Professional degree beyond a bachelor's degree *(for example: MD, DDS, DVM, LLB, JD)*
- [ ] Doctorate degree *(for example: PhD, EdD)*

**F** *Answer question 12 if this person has a bachelor's degree or higher. Otherwise, SKIP to question 13.*

**12** **This question focuses on this person's BACHELOR'S DEGREE. Please print below the specific major(s) of any BACHELOR'S DEGREES this person has received.** *(For example: chemical engineering, elementary teacher education, organizational psychology)*

**13** **What is this person's ancestry or ethnic origin?**

*(For example: Italian, Jamaican, African Am., Cambodian, Cape Verdean, Norwegian, Dominican, French Canadian, Haitian, Korean, Lebanese, Polish, Nigerian, Mexican, Taiwanese, Ukrainian, and so on.)*

**14** **a. Does this person speak a language other than English at home?**
- [ ] Yes
- [ ] No ➜ *SKIP to question 15a*

**b. What is this language?**

*For example: Korean, Italian, Spanish, Vietnamese*

**c. How well does this person speak English?**
- [ ] Very well
- [ ] Well
- [ ] Not well
- [ ] Not at all

**15** **a. Did this person live in this house or apartment 1 year ago?**
- [ ] Person is under 1 year old ➜ *SKIP to question 16*
- [ ] Yes, this house ➜ *SKIP to question 16*
- [ ] No, outside the United States and Puerto Rico – *Print name of foreign country, or U.S. Virgin Islands, Guam, etc., below; then SKIP to question 16*
- [ ] No, different house in the United States or Puerto Rico

**b. Where did this person live 1 year ago?**
Address (Number and street name)

Name of city, town, or post office

Name of U.S. county or municipio in Puerto Rico

Name of U.S. state or Puerto Rico | ZIP Code

8

13197090

## Person 1 (continued)

**16** **Is this person CURRENTLY covered by any of the following types of health insurance or health coverage plans?** *Mark "Yes" or "No" for EACH type of coverage in items a – h.*

| | Yes | No |
|---|---|---|
| a. Insurance through a current or former employer or union (of this person or another family member) | ☐ | ☐ |
| b. Insurance purchased directly from an insurance company (by this person or another family member) | ☐ | ☐ |
| c. Medicare, for people 65 and older, or people with certain disabilities | ☐ | ☐ |
| d. Medicaid, Medical Assistance, or any kind of government-assistance plan for those with low incomes or a disability | ☐ | ☐ |
| e. TRICARE or other military health care | ☐ | ☐ |
| f. VA (including those who have ever used or enrolled for VA health care) | ☐ | ☐ |
| g. Indian Health Service | ☐ | ☐ |
| h. Any other type of health insurance or health coverage plan – *Specify* | ☐ | ☐ |

_____

**17** **a. Is this person deaf or does he/she have serious difficulty hearing?**

☐ Yes
☐ No

**b. Is this person blind or does he/she have serious difficulty seeing even when wearing glasses?**

☐ Yes
☐ No

**G** *Answer question 18a – c if this person is 5 years old or over. Otherwise, SKIP to the questions for Person 2 on page 12.*

**18** **a. Because of a physical, mental, or emotional condition, does this person have serious difficulty concentrating, remembering, or making decisions?**

☐ Yes
☐ No

**b. Does this person have serious difficulty walking or climbing stairs?**

☐ Yes
☐ No

**c. Does this person have difficulty dressing or bathing?**

☐ Yes
☐ No

**H** *Answer question 19 if this person is 15 years old or over. Otherwise, SKIP to the questions for Person 2 on page 12.*

**19** **Because of a physical, mental, or emotional condition, does this person have difficulty doing errands alone such as visiting a doctor's office or shopping?**

☐ Yes
☐ No

**20** **What is this person's marital status?**

☐ Now married
☐ Widowed
☐ Divorced
☐ Separated
☐ Never married → *SKIP to* **I**

**21** **In the PAST 12 MONTHS did this person get –**

| | Yes | No |
|---|---|---|
| a. Married? | ☐ | ☐ |
| b. Widowed? | ☐ | ☐ |
| c. Divorced? | ☐ | ☐ |

**22** **How many times has this person been married?**

☐ Once
☐ Two times
☐ Three or more times

**23** **In what year did this person last get married?**

Year _____

**I** *Answer question 24 if this person is female and 15 – 50 years old. Otherwise, SKIP to question 25a.*

**24** **In the PAST 12 MONTHS, has this person given birth to any children?**

☐ Yes
☐ No

**25** **a. Does this person have any of his/her own grandchildren under the age of 18 living in this house or apartment?**

☐ Yes
☐ No → *SKIP to question 26*

**b. Is this grandparent currently responsible for most of the basic needs of any grandchildren under the age of 18 who live in this house or apartment?**

☐ Yes
☐ No → *SKIP to question 26*

**c. How long has this grandparent been responsible for these grandchildren?** *If the grandparent is financially responsible for more than one grandchild, answer the question for the grandchild for whom the grandparent has been responsible for the longest period of time.*

☐ Less than 6 months
☐ 6 to 11 months
☐ 1 or 2 years
☐ 3 or 4 years
☐ 5 or more years

**26** **Has this person ever served on active duty in the U.S. Armed Forces, Reserves, or National Guard?** *Mark (X) ONE box.*

☐ Never served in the military → *SKIP to question 29a*
☐ Only on active duty for training in the Reserves or National Guard → *SKIP to question 28a*
☐ Now on active duty
☐ On active duty in the past, but not now

**27** **When did this person serve on active duty in the U.S. Armed Forces?** *Mark (X) a box for EACH period in which this person served, even if just for part of the period.*

☐ September 2001 or later
☐ August 1990 to August 2001 (including Persian Gulf War)
☐ May 1975 to July 1990
☐ Vietnam era (August 1964 to April 1975)
☐ February 1955 to July 1964
☐ Korean War (July 1950 to January 1955)
☐ January 1947 to June 1950
☐ World War II (December 1941 to December 1946)
☐ November 1941 or earlier

**28** **a. Does this person have a VA service-connected disability rating?**

☐ Yes (such as 0%, 10%, 20%, ... , 100%)
☐ No → *SKIP to question 29a*

**b. What is this person's service-connected disability rating?**

☐ 0 percent
☐ 10 or 20 percent
☐ 30 or 40 percent
☐ 50 or 60 percent
☐ 70 percent or higher

**9**

13197108

## Person 1 (continued)

**29 a. LAST WEEK, did this person work for pay at a job (or business)?**

☐ Yes → *SKIP to question 30*
☐ No – Did not work (or retired)

**b. LAST WEEK, did this person do ANY work for pay, even for as little as one hour?**

☐ Yes
☐ No → *SKIP to question 35a*

**30 At what location did this person work LAST WEEK?** *If this person worked at more than one location, print where he or she worked most last week.*

**a. Address (Number and street name)**

_____

*If the exact address is not known, give a description of the location such as the building name or the nearest street or intersection.*

**b. Name of city, town, or post office**

_____

**c. Is the work location inside the limits of that city or town?**

☐ Yes
☐ No, outside the city/town limits

**d. Name of county**

_____

**e. Name of U.S. state or foreign country**

_____

**f. ZIP Code**

[ ][ ][ ][ ][ ]

**31 How did this person usually get to work LAST WEEK?** *If this person usually used more than one method of transportation during the trip, mark (X) the box of the one used for most of the distance.*

☐ Car, truck, or van
☐ Bus or trolley bus
☐ Streetcar or trolley car
☐ Subway or elevated
☐ Railroad
☐ Ferryboat
☐ Taxicab
☐ Motorcycle
☐ Bicycle
☐ Walked
☐ Worked at home → *SKIP to question 39a*
☐ Other method

---

**J** *Answer question 32 if you marked "Car, truck, or van" in question 31. Otherwise, SKIP to question 33.*

**32 How many people, including this person, usually rode to work in the car, truck, or van LAST WEEK?**

Person(s)
[ ][ ]

**33 What time did this person usually leave home to go to work LAST WEEK?**

Hour         Minute
[ ][ ] : [ ][ ]    ☐ a.m.
                   ☐ p.m.

**34 How many minutes did it usually take this person to get from home to work LAST WEEK?**

Minutes
[ ][ ][ ]

**K** *Answer questions 35 – 38 if this person did NOT work last week. Otherwise, SKIP to question 39a.*

**35 a. LAST WEEK, was this person on layoff from a job?**

☐ Yes → *SKIP to question 35c*
☐ No

**b. LAST WEEK, was this person TEMPORARILY absent from a job or business?**

☐ Yes, on vacation, temporary illness, maternity leave, other family/personal reasons, bad weather, etc. → *SKIP to question 38*
☐ No → *SKIP to question 36*

**c. Has this person been informed that he or she will be recalled to work within the next 6 months OR been given a date to return to work?**

☐ Yes → *SKIP to question 37*
☐ No

---

**36 During the LAST 4 WEEKS, has this person been ACTIVELY looking for work?**

☐ Yes
☐ No → *SKIP to question 38*

**37 LAST WEEK, could this person have started a job if offered one, or returned to work if recalled?**

☐ Yes, could have gone to work
☐ No, because of own temporary illness
☐ No, because of all other reasons (in school, etc.)

**38 When did this person last work, even for a few days?**

☐ Within the past 12 months
☐ 1 to 5 years ago → *SKIP to* **L**
☐ Over 5 years ago or never worked → *SKIP to question 47*

**39 a. During the PAST 12 MONTHS (52 weeks), did this person work 50 or more weeks? Count paid time off as work.**

☐ Yes → *SKIP to question 40*
☐ No

**b. How many weeks DID this person work, even for a few hours, including paid vacation, paid sick leave, and military service?**

☐ 50 to 52 weeks
☐ 48 to 49 weeks
☐ 40 to 47 weeks
☐ 27 to 39 weeks
☐ 14 to 26 weeks
☐ 13 weeks or less

**40 During the PAST 12 MONTHS, in the WEEKS WORKED, how many hours did this person usually work each WEEK?**

Usual hours worked each WEEK
[ ][ ][ ]

*INFORMATIONAL COPY*

13197116

## Person 1 (continued)

**L** *Answer questions 41 – 46 if this person worked in the past 5 years. Otherwise, SKIP to question 47.*

**41 – 46 CURRENT OR MOST RECENT JOB ACTIVITY.** *Describe clearly this person's chief job activity or business last week. If this person had more than one job, describe the one at which this person worked the most hours. If this person had no job or business last week, give information for his/her last job or business.*

**41** Was this person –
*Mark (X) ONE box.*

- [ ] an employee of a PRIVATE FOR-PROFIT company or business, or of an individual, for wages, salary, or commissions?
- [ ] an employee of a PRIVATE NOT-FOR-PROFIT, tax-exempt, or charitable organization?
- [ ] a local GOVERNMENT employee (city, county, etc.)?
- [ ] a state GOVERNMENT employee?
- [ ] a Federal GOVERNMENT employee?
- [ ] SELF-EMPLOYED in own NOT INCORPORATED business, professional practice, or farm?
- [ ] SELF-EMPLOYED in own INCORPORATED business, professional practice, or farm?
- [ ] working WITHOUT PAY in family business or farm?

**42** For whom did this person work?
*If now on active duty in the Armed Forces, mark (X) this box → [ ] and print the branch of the Armed Forces.*

Name of company, business, or other employer

**43** What kind of business or industry was this?
*Describe the activity at the location where employed. (For example: hospital, newspaper publishing, mail order house, auto engine manufacturing, bank)*

**44** Is this mainly – *Mark (X) ONE box.*

- [ ] manufacturing?
- [ ] wholesale trade?
- [ ] retail trade?
- [ ] other (agriculture, construction, service, government, etc.)?

**45** What kind of work was this person doing?
*(For example: registered nurse, personnel manager, supervisor of order department, secretary, accountant)*

**46** What were this person's most important activities or duties? *(For example: patient care, directing hiring policies, supervising order clerks, typing and filing, reconciling financial records)*

**47** INCOME IN THE PAST 12 MONTHS

*Mark (X) the "Yes" box for each type of income this person received, and give your best estimate of the TOTAL AMOUNT during the PAST 12 MONTHS. (NOTE: The "past 12 months" is the period from today's date one year ago up through today.)*

*Mark (X) the "No" box to show types of income NOT received.*

*If net income was a loss, mark the "Loss" box to the right of the dollar amount.*

*For income received jointly, report the appropriate share for each person – or, if that's not possible, report the whole amount for only one person and mark the "No" box for the other person.*

**a.** **Wages, salary, commissions, bonuses, or tips from all jobs.** *Report amount before deductions for taxes, bonds, dues, or other items.*
- [ ] Yes → $ ____ .00
- [ ] No
TOTAL AMOUNT for past 12 months

**b.** **Self-employment income from own nonfarm businesses or farm businesses, including proprietorships and partnerships.** *Report NET income after business expenses.*
- [ ] Yes → $ ____ .00
- [ ] No    Loss
TOTAL AMOUNT for past 12 months

**c.** **Interest, dividends, net rental income, royalty income, or income from estates and trusts.** *Report even small amounts credited to an account.*
- [ ] Yes → $ ____ .00
- [ ] No    Loss
TOTAL AMOUNT for past 12 months

**d.** **Social Security or Railroad Retirement.**
- [ ] Yes → $ ____ .00
- [ ] No
TOTAL AMOUNT for past 12 months

**e.** **Supplemental Security Income (SSI).**
- [ ] Yes → $ ____ .00
- [ ] No
TOTAL AMOUNT for past 12 months

**f.** **Any public assistance or welfare payments from the state or local welfare office.**
- [ ] Yes → $ ____ .00
- [ ] No
TOTAL AMOUNT for past 12 months

**g.** **Retirement, survivor, or disability pensions.** *Do NOT include Social Security.*
- [ ] Yes → $ ____ .00
- [ ] No
TOTAL AMOUNT for past 12 months

**h.** **Any other sources of income received regularly such as Veterans' (VA) payments, unemployment compensation, child support or alimony.** *Do NOT include lump sum payments such as money from an inheritance or the sale of a home.*
- [ ] Yes → $ ____ .00
- [ ] No
TOTAL AMOUNT for past 12 months

**48** What was this person's total income during the PAST 12 MONTHS? *Add entries in questions 47a to 47h; subtract any losses. If net income was a loss, enter the amount and mark (X) the "Loss" box next to the dollar amount.*
- [ ] OR  $ ____ .00
None   TOTAL AMOUNT for past 12 months   Loss

→ **Continue with the questions for Person 2 on the next page. If no one is listed as Person 2 on page 2, SKIP to page 28 for mailing instructions.**

**11**

13197124

## Person 2

The balance of the questionnaire has questions for Person 2, Person 3, Person 4, and Person 5. The questions are the same as the questions for Person 1.

INFORMATIONAL COPY

13197272



13197280

# Mailing Instructions

➡ **Please make sure you have...**

- listed all names and answered the questions on pages 2, 3, and 4

- answered all Housing questions

- answered all Person questions for each person.

➡ **Then...**

- put the completed questionnaire into the postage-paid return envelope. If the envelope has been misplaced, please mail the questionnaire to:

  **U.S. Census Bureau**
  **P.O. Box 5240**
  **Jeffersonville, IN 47199-5240**

- make sure the barcode above your address shows in the window of the return envelope.

**Thank you for participating in the American Community Survey.**

INFORMATIONAL COPY

## For Census Bureau Use

| POP | EDIT | PHONE | | JIC1 | JIC2 |
|-----|------|-------|--|------|------|
| | | | | | |

| EDIT CLERK | TELEPHONE CLERK | | JIC3 | JIC4 |
|------------|-----------------|--|------|------|
| | | | | |

The Census Bureau estimates that, for the average household, this form will take 40 minutes to complete, including the time for reviewing the instructions and answers. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to: Paperwork Project 0607-0810 and 0607-0936, U.S. Census Bureau, 4600 Silver Hill Road, AMSD – 3K138, Washington, D.C. 20233. You may e-mail comments to AMSD.Paperwork@census.gov; use "Paperwork Project 0607-0810 and 0607-0936" as the subject. Please DO NOT RETURN your questionnaire to this address. Use the enclosed preaddressed envelope to return your completed questionnaire.

Respondents are not required to respond to any information collection unless it displays a valid approval number from the Office of Management and Budget. This 8-digit number appears in the bottom right on the front cover of this form.

Form ACS-1(INFO)(2017) (03-14-2016)

**EXHIBIT C**

**Table 3.  General Mobility of Employed Civilians 16 Years and Over, by Sex, Age, Race and Hispanic Origin, Region, and Major Occupation Group:  2016 to 2017**
(Numbers in thousands.)

| United States | Total | Nonmover | Same county | Different county, same state | Different state, same division | Different division, same region | Different region | Abroad |
|---|---|---|---|---|---|---|---|---|
| TOTAL 16+ years | | | | | | | | |
| Employed civilians | 152,556 | 134,297 | 11,756 | 3,474 | 757 | 489 | 1,308 | 476 |
| Management, business, and financial | 25,317 | 22,657 | 1,709 | 456 | 121 | 91 | 219 | 64 |
| Professional | 35,771 | 31,518 | 2,576 | 794 | 194 | 121 | 435 | 134 |
| Service | 26,515 | 22,916 | 2,376 | 663 | 158 | 63 | 235 | 104 |
| Sales | 15,818 | 13,903 | 1,247 | 388 | 94 | 69 | 100 | 17 |
| Office and administrative support | 17,560 | 15,429 | 1,417 | 399 | 94 | 49 | 133 | 38 |
| Farming, fishing, and forestry | 1,153 | 996 | 94 | 40 | 4 | 7 | 13 | - |
| Construction and extraction | 7,609 | 6,717 | 610 | 147 | 27 | 35 | 33 | 40 |
| Installation, maintenance, and repair | 4,969 | 4,455 | 327 | 111 | 12 | 3 | 45 | 15 |
| Production | 8,382 | 7,428 | 626 | 223 | 25 | 23 | 35 | 23 |
| Transportation and material moving | 9,462 | 8,280 | 774 | 253 | 27 | 28 | 60 | 40 |
| SEX | | | | | | | | |
| Male | | | | | | | | |
| Employed civilians | 80,267 | 70,888 | 5,944 | 1,805 | 371 | 271 | 676 | 312 |
| Management, business, and financial | 13,961 | 12,580 | 897 | 219 | 47 | 66 | 123 | 28 |
| Professional | 15,098 | 13,237 | 1,071 | 347 | 96 | 54 | 205 | 88 |
| Service | 11,399 | 9,949 | 950 | 262 | 71 | 25 | 89 | 53 |
| Sales | 7,883 | 7,004 | 558 | 179 | 44 | 35 | 54 | 11 |
| Office and administrative support | 5,014 | 4,284 | 444 | 171 | 28 | 10 | 60 | 17 |
| Farming, fishing, and forestry | 868 | 760 | 63 | 26 | 4 | 7 | 9 | - |
| Construction and extraction | 7,392 | 6,531 | 595 | 135 | 27 | 31 | 33 | 40 |
| Installation, maintenance, and repair | 4,781 | 4,296 | 309 | 109 | 12 | 3 | 36 | 15 |
| Production | 5,989 | 5,318 | 421 | 164 | 22 | 20 | 24 | 19 |
| Transportation and material moving | 7,881 | 6,929 | 635 | 194 | 19 | 20 | 43 | 40 |
| Female | | | | | | | | |
| Employed civilians | 72,289 | 63,408 | 5,812 | 1,668 | 386 | 218 | 632 | 164 |
| Management, business, and financial | 11,356 | 10,077 | 812 | 237 | 73 | 25 | 97 | 36 |
| Professional | 20,673 | 18,280 | 1,505 | 446 | 98 | 67 | 231 | 46 |
| Service | 15,116 | 12,967 | 1,426 | 401 | 87 | 38 | 146 | 51 |
| Sales | 7,935 | 6,899 | 689 | 209 | 51 | 34 | 46 | 6 |

**Table 3.  General Mobility of Employed Civilians 16 Years and Over, by Sex, Age, Race and Hispanic Origin, Region, and Major Occupation Group:  2016 to 2017**
(Numbers in thousands.)

| United States | Total | Nonmover | Same county | Different county, same state | Different state, same division | Different division, same region | Different region | Abroad |
|---|---|---|---|---|---|---|---|---|
| Office and administrative support | 12,545 | 11,145 | 973 | 229 | 66 | 39 | 73 | 21 |
| Farming, fishing, and forestry | 285 | 236 | 31 | 14 | - | - | 4 | - |
| Construction and extraction | 216 | 186 | 14 | 12 | - | 4 | - | - |
| Installation, maintenance, and repair | 189 | 159 | 18 | 3 | - | - | 9 | - |
| Production | 2,393 | 2,110 | 204 | 59 | 2 | 3 | 10 | 3 |
| Transportation and material moving | 1,581 | 1,350 | 139 | 58 | 8 | 8 | 17 | - |
| AGE | | | | | | | | |
| 16 to 24 years | | | | | | | | |
| Employed civilians | 18,838 | 14,706 | 2,683 | 819 | 205 | 87 | 254 | 83 |
| Management, business, and financial | 1,144 | 840 | 188 | 56 | 19 | 6 | 33 | 3 |
| Professional | 2,507 | 1,814 | 420 | 136 | 57 | 19 | 51 | 10 |
| Service | 5,757 | 4,561 | 786 | 229 | 56 | 17 | 80 | 28 |
| Sales | 3,261 | 2,698 | 371 | 122 | 28 | 15 | 20 | 6 |
| Office and administrative support | 2,422 | 1,857 | 399 | 82 | 27 | 18 | 35 | 5 |
| Farming, fishing, and forestry | 217 | 157 | 28 | 18 | 3 | 3 | 8 | - |
| Construction and extraction | 708 | 535 | 115 | 38 | 4 | 2 | 2 | 11 |
| Installation, maintenance, and repair | 481 | 378 | 79 | 18 | 1 | 1 | 5 | - |
| Production | 964 | 770 | 127 | 46 | 8 | 5 | 6 | 3 |
| Transportation and material moving | 1,376 | 1,097 | 170 | 73 | 3 | 2 | 13 | 18 |
| 25 to 64 years | | | | | | | | |
| Employed civilians | 124,241 | 110,454 | 8,870 | 2,574 | 542 | 386 | 1,025 | 390 |
| Management, business, and financial | 22,220 | 19,940 | 1,470 | 392 | 100 | 85 | 174 | 59 |
| Professional | 31,022 | 27,539 | 2,115 | 634 | 135 | 97 | 379 | 123 |
| Service | 19,384 | 17,038 | 1,556 | 423 | 101 | 45 | 145 | 77 |
| Sales | 11,329 | 10,016 | 854 | 258 | 62 | 48 | 79 | 11 |
| Office and administrative support | 14,065 | 12,524 | 1,002 | 310 | 67 | 31 | 98 | 33 |
| Farming, fishing, and forestry | 852 | 758 | 66 | 19 | 1 | 4 | 5 | - |
| Construction and extraction | 6,637 | 5,933 | 482 | 106 | 23 | 33 | 31 | 29 |
| Installation, maintenance, and repair | 4,228 | 3,820 | 244 | 93 | 12 | 3 | 40 | 15 |
| Production | 7,071 | 6,337 | 488 | 167 | 17 | 14 | 29 | 20 |
| Transportation and material moving | 7,434 | 6,550 | 594 | 171 | 25 | 26 | 47 | 22 |

**Table 3.  General Mobility of Employed Civilians 16 Years and Over, by Sex, Age, Race and Hispanic Origin, Region, and Major Occupation Group:  2016 to 2017**
(Numbers in thousands.)

| United States | Total | Nonmover | Same county | Different county, same state | Different state, same division | Different division, same region | Different region | Abroad |
|---|---|---|---|---|---|---|---|---|
| 65+ years | | | | | | | | |
| Employed civilians | 9,477 | 9,136 | 203 | 81 | 10 | 16 | 29 | 3 |
| Management, business, and financial | 1,953 | 1,877 | 52 | 8 | 1 | - | 13 | 2 |
| Professional | 2,243 | 2,165 | 41 | 24 | 2 | 5 | 5 | - |
| Service | 1,375 | 1,317 | 35 | 11 | 2 | - | 10 | - |
| Sales | 1,228 | 1,188 | 22 | 7 | 4 | 6 | - | - |
| Office and administrative support | 1,072 | 1,049 | 16 | 7 | - | - | - | - |
| Farming, fishing, and forestry | 84 | 81 | - | 3 | - | - | - | - |
| Construction and extraction | 264 | 249 | 12 | 3 | - | - | - | - |
| Installation, maintenance, and repair | 260 | 256 | 4 | - | - | - | - | - |
| Production | 346 | 321 | 11 | 10 | - | 4 | - | - |
| Transportation and material moving | 652 | 633 | 10 | 9 | - | - | - | - |
| RACE AND HISPANIC ORIGIN | | | | | | | | |
| White alone | | | | | | | | |
| Employed civilians | 119,856 | 106,226 | 8,711 | 2,727 | 547 | 411 | 985 | 250 |
| Management, business, and financial | 21,121 | 18,998 | 1,376 | 376 | 103 | 75 | 165 | 28 |
| Professional | 27,900 | 24,777 | 1,887 | 625 | 133 | 106 | 310 | 62 |
| Service | 19,228 | 16,620 | 1,719 | 490 | 111 | 57 | 168 | 63 |
| Sales | 12,657 | 11,200 | 934 | 322 | 62 | 56 | 82 | 2 |
| Office and administrative support | 13,541 | 11,993 | 993 | 318 | 60 | 36 | 114 | 28 |
| Farming, fishing, and forestry | 1,048 | 911 | 84 | 32 | 1 | 7 | 13 | - |
| Construction and extraction | 6,720 | 5,956 | 507 | 132 | 22 | 35 | 33 | 35 |
| Installation, maintenance, and repair | 4,228 | 3,831 | 244 | 90 | 12 | 3 | 36 | 11 |
| Production | 6,433 | 5,783 | 438 | 147 | 20 | 15 | 22 | 9 |
| Transportation and material moving | 6,980 | 6,157 | 529 | 196 | 22 | 21 | 42 | 13 |
| Black or African American alone | | | | | | | | |
| Employed civilians | 18,349 | 15,647 | 1,811 | 498 | 133 | 48 | 142 | 70 |
| Management, business, and financial | 1,984 | 1,703 | 177 | 49 | 6 | 9 | 26 | 13 |
| Professional | 3,652 | 3,151 | 335 | 93 | 26 | 2 | 35 | 10 |
| Service | 4,573 | 3,923 | 450 | 118 | 34 | 4 | 30 | 15 |
| Sales | 1,798 | 1,500 | 192 | 52 | 25 | 13 | 10 | 6 |

**Table 3.  General Mobility of Employed Civilians 16 Years and Over, by Sex, Age, Race and Hispanic Origin, Region, and Major Occupation Group:  2016 to 2017**
(Numbers in thousands.)

| United States | Total | Nonmover | Same county | Different county, same state | Different state, same division | Different division, same region | Different region | Abroad |
|---|---|---|---|---|---|---|---|---|
| Office and administrative support | 2,471 | 2,113 | 263 | 46 | 23 | 7 | 16 | 3 |
| Farming, fishing, and forestry | 68 | 47 | 10 | 8 | 3 | - | - | - |
| Construction and extraction | 516 | 447 | 49 | 10 | 5 | - | - | 6 |
| Installation, maintenance, and repair | 412 | 338 | 42 | 21 | - | - | 5 | 5 |
| Production | 1,124 | 935 | 111 | 58 | 5 | 6 | 4 | 5 |
| Transportation and material moving | 1,750 | 1,490 | 183 | 42 | 6 | 6 | 16 | 7 |
| Asian alone | | | | | | | | |
| Employed civilians | 9,455 | 8,330 | 637 | 151 | 54 | 19 | 134 | 128 |
| Management, business, and financial | 1,628 | 1,471 | 90 | 22 | 11 | 4 | 11 | 20 |
| Professional | 3,275 | 2,798 | 235 | 58 | 26 | 13 | 86 | 57 |
| Service | 1,560 | 1,390 | 87 | 29 | 3 | - | 26 | 25 |
| Sales | 903 | 815 | 65 | 6 | 6 | - | 2 | 9 |
| Office and administrative support | 896 | 791 | 70 | 20 | 8 | - | 1 | 6 |
| Farming, fishing, and forestry | 7 | 7 | - | - | - | - | - | - |
| Construction and extraction | 135 | 119 | 12 | 4 | - | - | - | - |
| Installation, maintenance, and repair | 169 | 153 | 12 | - | - | - | 3 | - |
| Production | 516 | 447 | 44 | 13 | - | - | 1 | 4 | 6 |
| Transportation and material moving | 366 | 339 | 22 | - | - | - | 1 | 4 |
| All remaining single races and all race combinations/1 | | | | | | | | |
| Employed civilians | 4,897 | 4,093 | 597 | 97 | 23 | 11 | 47 | 28 |
| Management, business, and financial | 584 | 485 | 66 | 9 | 1 | 3 | 17 | 3 |
| Professional | 944 | 791 | 118 | 18 | 8 | - | 4 | 4 |
| Service | 1,154 | 983 | 121 | 26 | 9 | 2 | 12 | 1 |
| Sales | 459 | 388 | 55 | 8 | 1 | - | 6 | - |
| Office and administrative support | 651 | 533 | 91 | 15 | 3 | 6 | 3 | 1 |
| Farming, fishing, and forestry | 30 | 30 | 1 | - | - | - | - | - |
| Construction and extraction | 238 | 195 | 42 | 1 | - | - | - | - |
| Installation, maintenance, and repair | 161 | 133 | 28 | - | - | - | - | - |
| Production | 309 | 262 | 33 | 5 | - | - | 6 | 3 |
| Transportation and material moving | 366 | 294 | 41 | 14 | - | - | - | 16 |

**Table 3.  General Mobility of Employed Civilians 16 Years and Over, by Sex, Age, Race and Hispanic Origin, Region, and Major Occupation Group:  2016 to 2017**

(Numbers in thousands.)

| United States | Total | Nonmover | Same county | Different county, same state | Different state, same division | Different division, same region | Different region | Abroad |
|---|---|---|---|---|---|---|---|---|
| White alone, not Hispanic or Latino | | | | | | | | |
| Employed civilians | 97,099 | 86,255 | 6,725 | 2,328 | 459 | 357 | 810 | 165 |
| Management, business, and financial | 18,974 | 17,096 | 1,194 | 345 | 89 | 72 | 156 | 22 |
| Professional | 25,024 | 22,266 | 1,635 | 574 | 121 | 97 | 275 | 56 |
| Service | 13,542 | 11,680 | 1,208 | 379 | 75 | 48 | 120 | 31 |
| Sales | 10,438 | 9,245 | 740 | 288 | 52 | 46 | 66 | 2 |
| Office and administrative support | 11,053 | 9,806 | 788 | 265 | 55 | 31 | 88 | 20 |
| Farming, fishing, and forestry | 600 | 519 | 38 | 27 | 1 | 6 | 9 | - |
| Construction and extraction | 4,226 | 3,777 | 277 | 93 | 22 | 26 | 16 | 16 |
| Installation, maintenance, and repair | 3,363 | 3,053 | 185 | 77 | 12 | 3 | 28 | 4 |
| Production | 4,717 | 4,275 | 288 | 112 | 13 | 8 | 18 | 3 |
| Transportation and material moving | 5,163 | 4,538 | 370 | 170 | 20 | 20 | 34 | 11 |
| Hispanic or Latino/2 | | | | | | | | |
| Employed civilians | 25,617 | 22,407 | 2,254 | 465 | 100 | 63 | 222 | 107 |
| Management, business, and financial | 2,394 | 2,110 | 210 | 37 | 15 | 3 | 12 | 8 |
| Professional | 3,312 | 2,874 | 299 | 61 | 14 | 9 | 42 | 13 |
| Service | 6,445 | 5,613 | 546 | 120 | 47 | 13 | 73 | 33 |
| Sales | 2,497 | 2,205 | 216 | 40 | 10 | 10 | 17 | - |
| Office and administrative support | 2,892 | 2,511 | 263 | 64 | 5 | 8 | 34 | 8 |
| Farming, fishing, and forestry | 471 | 413 | 49 | 5 | - | - | 4 | - |
| Construction and extraction | 2,709 | 2,356 | 260 | 43 | 1 | 9 | 17 | 24 |
| Installation, maintenance, and repair | 955 | 845 | 73 | 17 | - | - | 8 | 12 |
| Production | 1,926 | 1,675 | 173 | 46 | 7 | 10 | 8 | 7 |
| Transportation and material moving | 2,016 | 1,806 | 164 | 32 | 1 | 2 | 8 | 3 |
| White alone or in combination with one or more other races | | | | | | | | |
| Employed civilians | 122,447 | 108,407 | 9,024 | 2,776 | 556 | 420 | 1,014 | 250 |
| Management, business, and financial | 21,438 | 19,270 | 1,404 | 379 | 103 | 78 | 176 | 28 |
| Professional | 28,456 | 25,245 | 1,955 | 634 | 140 | 107 | 313 | 62 |
| Service | 19,838 | 17,123 | 1,797 | 510 | 112 | 57 | 176 | 63 |
| Sales | 12,905 | 11,413 | 958 | 327 | 63 | 56 | 85 | 2 |

**Table 3.  General Mobility of Employed Civilians 16 Years and Over, by Sex, Age, Race and Hispanic Origin, Region, and Major Occupation Group:  2016 to 2017**

(Numbers in thousands.)

| United States | Total | Nonmover | Same county | Different county, same state | Different state, same division | Different division, same region | Different region | Abroad |
|---|---|---|---|---|---|---|---|---|
| Office and administrative support | 13,862 | 12,256 | 1,040 | 322 | 60 | 41 | 114 | 28 |
| Farming, fishing, and forestry | 1,057 | 920 | 85 | 32 | 1 | 7 | 13 | - |
| Construction and extraction | 6,825 | 6,041 | 528 | 132 | 22 | 35 | 33 | 35 |
| Installation, maintenance, and repair | 4,308 | 3,898 | 257 | 90 | 12 | 3 | 36 | 11 |
| Production | 6,588 | 5,922 | 447 | 149 | 20 | 15 | 26 | 9 |
| Transportation and material moving | 7,171 | 6,319 | 553 | 201 | 22 | 21 | 42 | 13 |
| Black or African American alone or in combination with one or more other races | | | | | | | | |
| Employed civilians | 19,536 | 16,604 | 2,016 | 516 | 137 | 50 | 143 | 70 |
| Management, business, and financial | 2,132 | 1,818 | 208 | 49 | 6 | 12 | 26 | 13 |
| Professional | 3,874 | 3,330 | 372 | 97 | 28 | 2 | 35 | 10 |
| Service | 4,877 | 4,175 | 491 | 127 | 35 | 4 | 31 | 15 |
| Sales | 1,913 | 1,593 | 214 | 52 | 25 | 13 | 10 | 6 |
| Office and administrative support | 2,625 | 2,234 | 295 | 46 | 24 | 7 | 16 | 3 |
| Farming, fishing, and forestry | 69 | 48 | 10 | 8 | 3 | - | - | - |
| Construction and extraction | 557 | 478 | 58 | 10 | 5 | - | - | 6 |
| Installation, maintenance, and repair | 430 | 353 | 45 | 21 | - | - | 5 | 5 |
| Production | 1,203 | 1,001 | 122 | 61 | 5 | 6 | 4 | 5 |
| Transportation and material moving | 1,856 | 1,574 | 203 | 44 | 6 | 6 | 16 | 7 |
| Asian alone or in combination with one or more other races | | | | | | | | |
| Employed civilians | 10,075 | 8,859 | 691 | 167 | 57 | 19 | 154 | 129 |
| Management, business, and financial | 1,726 | 1,553 | 98 | 22 | 11 | 4 | 18 | 20 |
| Professional | 3,464 | 2,962 | 256 | 58 | 29 | 13 | 89 | 57 |
| Service | 1,680 | 1,485 | 107 | 32 | 3 | - | 28 | 25 |
| Sales | 969 | 875 | 65 | 9 | 6 | - | 5 | 9 |
| Office and administrative support | 953 | 843 | 72 | 23 | 8 | - | 1 | 7 |
| Farming, fishing, and forestry | 8 | 8 | - | - | - | - | - | - |
| Construction and extraction | 148 | 131 | 13 | 4 | - | - | - | - |
| Installation, maintenance, and repair | 188 | 172 | 12 | - | - | - | 3 | - |
| Production | 540 | 463 | 44 | 16 | - | 1 | 9 | 6 |

**Table 3.  General Mobility of Employed Civilians 16 Years and Over, by Sex, Age, Race and Hispanic Origin, Region, and Major Occupation Group:  2016 to 2017**
(Numbers in thousands.)

| United States | Total | Nonmover | Same county | Different county, same state | Different state, same division | Different division, same region | Different region | Abroad |
|---|---|---|---|---|---|---|---|---|
| Transportation and material moving | 400 | 368 | 24 | 3 | - | - | 1 | 4 |
| REGION | | | | | | | | |
| Northeast | | | | | | | | |
| Employed civilians | 27,241 | 24,811 | 1,562 | 416 | 102 | 49 | 211 | 91 |
| Management, business, and financial | 4,736 | 4,322 | 262 | 67 | 37 | 6 | 35 | 8 |
| Professional | 7,048 | 6,351 | 414 | 108 | 34 | 22 | 77 | 42 |
| Service | 4,776 | 4,341 | 306 | 65 | 9 | 6 | 33 | 16 |
| Sales | 2,712 | 2,496 | 154 | 41 | 2 | 1 | 14 | 4 |
| Office and administrative support | 3,166 | 2,873 | 194 | 52 | 12 | 7 | 25 | 4 |
| Farming, fishing, and forestry | 111 | 110 | - | - | - | - | - | - |
| Construction and extraction | 1,186 | 1,072 | 63 | 28 | 5 | 6 | 5 | 7 |
| Installation, maintenance, and repair | 800 | 746 | 39 | 12 | 1 | - | 2 | - |
| Production | 1,180 | 1,093 | 50 | 29 | 1 | - | 1 | 6 |
| Transportation and material moving | 1,527 | 1,408 | 80 | 14 | 2 | - | 20 | 4 |
| Midwest | | | | | | | | |
| Employed civilians | 33,119 | 29,028 | 2,580 | 956 | 175 | 75 | 261 | 44 |
| Management, business, and financial | 5,593 | 4,950 | 399 | 136 | 26 | 14 | 58 | 10 |
| Professional | 7,459 | 6,622 | 527 | 198 | 21 | 13 | 67 | 11 |
| Service | 5,426 | 4,613 | 524 | 172 | 34 | 16 | 57 | 10 |
| Sales | 3,313 | 2,917 | 252 | 79 | 30 | 9 | 23 | 2 |
| Office and administrative support | 3,744 | 3,301 | 281 | 112 | 32 | - | 16 | 3 |
| Farming, fishing, and forestry | 280 | 250 | 10 | 16 | - | 4 | - | - |
| Construction and extraction | 1,434 | 1,270 | 106 | 39 | 5 | 5 | 6 | 2 |
| Installation, maintenance, and repair | 1,042 | 924 | 68 | 39 | 1 | - | 9 | - |
| Production | 2,552 | 2,236 | 202 | 83 | 11 | 6 | 12 | 3 |
| Transportation and material moving | 2,276 | 1,943 | 212 | 82 | 16 | 8 | 13 | 3 |
| South | | | | | | | | |
| Employed civilians | 56,350 | 49,231 | 4,526 | 1,403 | 308 | 218 | 474 | 190 |
| Management, business, and financial | 8,927 | 8,046 | 568 | 160 | 24 | 39 | 74 | 17 |
| Professional | 12,907 | 11,279 | 927 | 323 | 96 | 61 | 176 | 45 |
| Service | 9,814 | 8,363 | 946 | 278 | 76 | 20 | 84 | 48 |

**Table 3.  General Mobility of Employed Civilians 16 Years and Over, by Sex, Age, Race and Hispanic Origin, Region, and Major Occupation Group:  2016 to 2017**
(Numbers in thousands.)

| United States | Total | Nonmover | Same county | Different county, same state | Different state, same division | Different division, same region | Different region | Abroad |
|---|---|---|---|---|---|---|---|---|
| Sales | 6,145 | 5,303 | 535 | 194 | 44 | 26 | 39 | 4 |
| Office and administrative support | 6,546 | 5,721 | 556 | 152 | 35 | 22 | 49 | 11 |
| Farming, fishing, and forestry | 311 | 255 | 23 | 21 | - | 3 | 8 | - |
| Construction and extraction | 3,222 | 2,821 | 279 | 57 | 12 | 22 | 5 | 27 |
| Installation, maintenance, and repair | 2,048 | 1,807 | 157 | 45 | 7 | 3 | 13 | 15 |
| Production | 2,987 | 2,604 | 268 | 68 | 9 | 12 | 19 | 8 |
| Transportation and material moving | 3,443 | 3,031 | 266 | 106 | 5 | 11 | 8 | 15 |
| West | | | | | | | | |
| Employed civilians | 35,846 | 31,227 | 3,089 | 699 | 172 | 147 | 361 | 151 |
| Management, business, and financial | 6,060 | 5,339 | 480 | 93 | 34 | 33 | 53 | 29 |
| Professional | 8,358 | 7,266 | 708 | 165 | 42 | 25 | 115 | 36 |
| Service | 6,499 | 5,598 | 601 | 148 | 40 | 20 | 61 | 31 |
| Sales | 3,648 | 3,186 | 306 | 73 | 19 | 33 | 25 | 7 |
| Office and administrative support | 4,103 | 3,534 | 387 | 84 | 15 | 20 | 43 | 20 |
| Farming, fishing, and forestry | 452 | 381 | 61 | 3 | 4 | - | 4 | - |
| Construction and extraction | 1,767 | 1,554 | 162 | 23 | 5 | 2 | 18 | 4 |
| Installation, maintenance, and repair | 1,080 | 978 | 62 | 15 | 3 | 1 | 21 | - |
| Production | 1,664 | 1,495 | 106 | 44 | 4 | 5 | 2 | 6 |
| Transportation and material moving | 2,215 | 1,897 | 217 | 51 | 5 | 8 | 20 | 18 |

1/  Includes American Indian and Alaska Native alone, Native Hawaiian and Other Pacific Islander alone, and Two or More Races.
2/  Hispanics or Latinos may be of any race.
"-" Represents zero or rounds to zero.
Source: U.S. Census Bureau, Current Population Survey, 2017 Annual Social and Economic Supplement

# **<u>EXHIBIT D</u>**

| B05001 | **NATIVITY AND CITIZENSHIP STATUS IN THE UNITED STATES** |
|---|---|
| | **Universe: Total population in the United States** |
| | **2013-2017 American Community Survey 5-Year Estimates** |

Although the American Community Survey (ACS) produces population, demographic and housing unit estimates, it is the Census Bureau's Population Estimates Program that produces and disseminates the official estimates of the population for the nation, states, counties, cities, and towns and estimates of housing units for states and counties.

Supporting documentation on code lists, subject definitions, data accuracy, and statistical testing can be found on the American Community Survey website in the Technical Documentation section.

Sample size and data quality measures (including coverage rates, allocation rates, and response rates) can be found on the American Community Survey website in the Methodology section.

| Versions of this table are available for the following years: | 1 - 6 of 6 | | California | |
|---|---|---|---|---|
| | | | **Estimate** | **Margin of Error** |
| **2017** ▶ | | Total: | 38,982,847 | ***** |
| **2016** | | U.S. citizen, born in the United States | 27,944,679 | +/-31,125 |
| **2015** | | U.S. citizen, born in Puerto Rico or U.S. Island Areas | 78,364 | +/-2,246 |
| **2014** | | U.S. citizen, born abroad of American parent(s) | 441,316 | +/-6,035 |
| **2013** | | U.S. citizen by naturalization | 5,267,884 | +/-14,999 |
| **2012** | | Not a U.S. citizen | 5,250,604 | +/-31,241 |
| **2011** | | | | |
| **2010** | | | | |
| **2009** | | | | |

Source: U.S. Census Bureau, 2013-2017 American Community Survey 5-Year Estimates

Explanation of Symbols:
An '**' entry in the margin of error column indicates that either no sample observations or too few sample observations were available to compute a standard error and thus the margin of error. A statistical test is not appropriate.
An '-' entry in the estimate column indicates that either no sample observations or too few sample observations were available to compute an estimate, or a ratio of medians cannot be calculated because one or both of the median estimates falls in the lowest interval or upper interval of an open-ended distribution.
An '-' following a median estimate means the median falls in the lowest interval of an open-ended distribution.
An '+' following a median estimate means the median falls in the upper interval of an open-ended distribution.
An '***' entry in the margin of error column indicates that the median falls in the lowest interval or upper interval of an open-ended distribution. A statistical test is not appropriate.
An '*****' entry in the margin of error column indicates that the estimate is controlled. A statistical test for sampling variability is not appropriate.
An 'N' entry in the estimate and margin of error columns indicates that data for this geographic area cannot be displayed because the number of sample cases is too small.
An '(X)' means that the estimate is not applicable or not available.

Data are based on a sample and are subject to sampling variability. The degree of uncertainty for an estimate arising from sampling variability is represented through the use of a margin of error. The value shown here is the 90 percent margin of error. The margin of error can be interpreted roughly as providing a 90 percent probability that the interval defined by the

estimate minus the margin of error and the estimate plus the margin of error (the low er and upper confidence bounds) contains the true value. In addition to sampling variability, the ACS estimates are subject to nonsampling error (for a discussion of nonsampling variability, see Accuracy of the Data). The effect of nonsampling error is not represented in these tables.

While the 2013-2017 American Community Survey (ACS) data generally reflect the February 2013 Office of Management and Budget (OMB) definitions of metropolitan and micropolitan statistical areas; in certain instances the names, codes, and boundaries of the principal cities show n in ACS tables may differ from the OMB definitions due to differences in the effective dates of the geographic entities.

Estimates of urban and rural populations, housing units, and characteristics reflect boundaries of urban areas defined based on Census 2010 data. As a result, data for urban and rural areas from the ACS do not necessarily reflect the results of ongoing urbanization.