IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOUIS HICKS, an individual, on behalf of himself, the general public, and those similarly situated,

    Plaintiff,

  v.

HP, INC.,

    Defendant.

No. C 19-02050 WHA

**SCHEDULING ORDER RE JURISDICTION**

This order memorializes the procedure ordered at the hearing on motion to remand on July 3, 2019. *First*, by **JULY 11 AT NOON**, the parties must file an agreed-upon protocol. If the parties cannot agree on a protocol, that is also the deadline for when the parties must submit their individual protocols. *Second*, depositions of each party's expert must occur by **JULY 18 AT NOON**. *Third*, an evidentiary hearing on jurisdiction will be held on **AUGUST 7 AT 8:00 AM**. Each expert must be prepared to testify at the evidentiary hearing on both: (1) their submitted declarations, and (2) the submitted protocols if the parties do not agree.

In addition, by **TODAY AT 5:00 PM**, plaintiff's counsel must file the declaration he raised for the first time at the hearing. Any objections or reply to this declaration must be filed by **JULY 11 AT NOON**.

**IT IS SO ORDERED.**

Dated: July 3, 2019

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE