**GUTRIDE SAFIER LLP**
ADAM J. GUTRIDE (State Bar No. 181446)
SETH A. SAFIER (State Bar No. 197427)
TODD KENNEDY (State Bar No. 250267)
100 Pine St., Suite 1250
San Francisco CA 94111
Telephone: (415) 336-6545
Facsimile:  (415) 449-6469
adam@gutridesafier.com
seth@gutridesafier.com
todd@gutridesafier.com

Attorneys for Plaintiff, LOUIS HICKS

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS HICKS, an individual, on behalf of himself, the general public, and those similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>HP INC.,<br><br>  Defendant. | Case No. 3:19-cv-02050-WHA<br><br>**STIPULATION AND [PROPOSED] ORDER REMANDING CASE TO STATE COURT** |

Plaintiff Louis Hicks ("Plaintiff") and Defendant HP Inc. ("HP") (together "Parties") hereby submit this stipulation as follows:

**WHEREAS**, on April 16, 2019, HP removed this litigation from the Santa Clara County Superior Court to the Northern District of California (Dkt.# 1);

**WHEREAS**, on May 8, 2019, Plaintiff moved to remand (Dkt.# 15);

**WHEREAS**, on May 22, 2019, HP opposed Plaintiff's motion to remand (Dkt.# 22);

**WHEREAS**, on May 30, 2019, Plaintiff filed a reply memorandum in support of his motion to remand (Dkt.# 23);

**WHEREAS**, on July 3, 2019, the Court heard oral argument on Plaintiff's motion to remand;

**WHEREAS**, following oral argument, the Court issued an Order re Jurisdiction (Dkt.# 31);

**WHEREAS**, pursuant to the Court's Order, the Parties submitted competing protocols; and

**WHEREAS**, the Parties each deposed the other Party's expert.

**WHEREAS**, the Parties have met and conferred, and they have agreed that this case should be remanded to state court and that, following remand, the parties will jointly stipulate that Plaintiff be permitted leave to amend the complaint to clarify that it is a California-only class limited to persons who were domiciled in California at the time of purchase (the "Stipulated Amendment").

**WHEREAS**, the Stipulated Amendment is without prejudice to Plaintiff seeking leave to make additional amendments in light of subsequent developments in the law.

**WHEREAS,** this agreement is made without prejudice to Plaintiff seeking leave in state court to make additional amendments, including those regarding the products at issue, the claim for damages under the CLRA, and identification of possible subclasses.

**IT IS HEREBY STIPULATED** by and between the Parties that

Plaintiff's motion to remand should now be granted and this case should be remanded to the Superior Court of California, County of Santa Clara. Each party to bear its own costs and fees related to the motion without waiving any right to seek those fees and/or costs following remand.

| | | |
|---|---|---|
| 1 | DATED: August 1, 2019 | GUTRIDE SAFIER LLP |
| 2 | | /s/Seth Safier/s/ |
| | | By:_____ |
| 3 | | ADAM J. GUTRIDE |
| | | SETH A. SAFIER |
| 4 | | TODD KENNEDY |
| | | Attorneys for Plaintiff, |
| 5 | | LOUIS HICKS |
| 7 | DATED: August 1, 2019 | DOLL AMIR & ELEY LLP |
| 8 | | /s/Hunter Eley/s/ |
| | | By:_____ |
| 9 | | GREGORY L. DOLL |
| | | HUNTER R. ELEY |
| 10 | | CONNIE Y. TCHENG |
| | | LLOYD VU |
| 11 | | Attorneys for Defendant, |
| | | HP INC. |

3
STIPULATION AND [PROPOSED] ORDER REMANDING CASE TO STATE COURT

**[PROPOSED] ORDER**

Based upon the Parties' stipulation, and good cause appearing therefore, the Court orders as follows:

*The parties' joint stipulation to remand (Dkt. No. 43)*

1. ~~Plaintiff's motion to remand (Dkt.# 15)~~ is HEREBY granted. The Clerk shall Remand this action to the Superior Court of California, County of Santa Clara and shall Close the File. *Plaintiff's motion to remand (Dkt. No. 15) is hereby* **DENIED AS MOOT**.

2. Each party shall bear his/its own costs and fees associated with the motion without waiving any right to seek such costs and/or fees following remand.

**IT IS SO ORDERED.**

Dated: August 2, 2019.

*IT IS SO ORDERED AS MODIFIED*
*Judge William Alsup*

---

4

STIPULATION AND [PROPOSED] ORDER REMANDING CASE TO STATE COURT