UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
San Francisco, CA 94102

_____

www.cand.uscourts.gov

Susan Y. Soong  General Court Number
Clerk of Court  415-522-2000

August 5, 2019

Superior Court of California, County of Santa Clara
191 N. First St.
San Jose, CA 95113

RE: Louis Hicks v. HP Inc.
      19-cv-02050-WHA

Your Case Number: 17cv317178

Dear Clerk,

Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

- ☒ Certified original and one copy of this letter
- ☒ Certified copy of docket entries
- ☒ Certified copy of Remand Order
- ☐ Other

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,

Susan Y. Soong, Clerk

_____
by: Aris Garcia
Case Systems Administrator
(415)522-3619